# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| WW30 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FANE009M | AURIT | 2004 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense |
|---|---|
| 09/03/2019   12:57 | FED   36CFR   26110C |

FANE009M

**Place of Offense**
GPNF

**Offense Description: Factual Basis for Charge**    HAZMAT ☐
CONDUCTING ANY ACTIVITY OR SERVICE UNLESS AUTHORIZED BY A SPECIAL USE PERMIT.

**DEFENDANT INFORMATION**   Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| ROSKE | OCHE'NAH | L |

Street Address

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐  D.L. | Social Security No. |
|---|---|---|

☐ Adult ☐ Juvenile   Sex ☐ M ☐ F   Race   Hair   Eyes   Height  '  "   Weight

**VEHICLE**   VIN    CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $100.00 | Forfeiture Amount |
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $130.00 | Total Collateral |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |
| | 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

FANE009M

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on      September 3, 2019      while exercising my duties as a law officer in the            JUDICIAL            District of       WA

Pursuant to 16USC 551:
I state that on Sept 03, 2019 at approximately 1257 hours, while exercising my duties as a law enforcement officer in the judicial District of Western Washington, within the boundaries of the Gifford Pinchot National Forest, I was responding to a complaint of a woman identified as Ochenah L. ROSKE operating a horse camp on the forest. This has been the third year of the camp. I thought the woman had a special use permit issued but after verifying with district personnel ROSKE in fact had no permit to operate her horse camp. ROSKE had been at the location in the berry fields for almost 30 days. ROSK was informed about the 45 day stay limit on the forest.

I physically issued ROSKE #FANE009M for violating 36 CFR 261.10 (c), "conducting any activity or service unless authorized by a special permit"

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed      September 3, 2019
              Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on:  _____
              Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident